

DISMISSED in part and DENIED in part. Petitioner's motion for a stay of removal is DENIED as moot.

Abdus Shahid, pro se, Brooklyn, NY, for Plaintiff–Appellant.

Susan Paulson, Assistant Corporation Counsel, The City of New York Law Department, New York, NY, for Defendant–Appellee.

PRESENT: PIERRE N. LEVAL, PETER W. HALL, and DEBRA ANN LIVINGSTON, Circuit Judges.

Abdus SHAHID, Plaintiff–Appellant,

v.

The CITY OF NEW YORK, Defendant–Appellee.

No. 08–5340–cv.

United States Court of Appeals, Second Circuit.

Dec. 17, 2009.

**SUMMARY ORDER**

Plaintiff–Appellant Abdus Shahid, *pro se*, appeals from the judgment of the United States District Court for the Southern District of New York (Crotty, *J.*), granting summary judgment to Appellee on Appellant's discrimination claims. We assume the parties' familiarity with the facts and procedural history.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir.2003). Having conducted an independent and *de novo* review, we conclude, for substantially the same reasons stated by the district court, that Appellant did not demonstrate that Appellee's non-discriminatory, legitimate business

reasons for the alleged discriminatory employment actions were a pretext for discrimination. *See Tex. Dep't of Cmty. Affairs v. Burdine,* 450 U.S. 248, 254–55, 101 S.Ct. 1089, 67 L.Ed.2d 207 (1981); *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802–04, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973); *see also Fisher v. Vassar Coll.,* 70 F.3d 1420 (2d Cir.1995).

We have considered Appellant's remaining claims and find them to be without merit. For the reasons stated above, the judgment of the district court is **AFFIRMED.**

**Elizabeth ALERS, Plaintiff–Appellant,**

v.

**HUMAN RESOURCES ADMINISTRATION, Defendant–Appellee.**

No. 08–5232–cv.

United States Court of Appeals, Second Circuit.

Dec. 17, 2009.

Elizabeth Alers, pro se, Bronx, NY, for Plaintiff–Appellant.

Marta Ross, Assistant Corporation Council (Michael A. Cardozo, Corporation Council, on the brief), The City of New York Law Department, New York, NY, for Defendant–Appellee.

PRESENT: GUIDO CALABRESI, JOSÉ A. CABRANES, and B.D. PARKER, Circuit Judges.

**SUMMARY ORDER**

Plaintiff-appellant Elizabeth Alers ("plaintiff") appeals from a judgment of the District Court granting summary judgment to the defendant-appellee Human Resources Administration of the City of New York ("defendant"). Plaintiff asserted claims for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.,* against defendant for allegedly (1) failing to accommodate her disability, (2) transferring her to a less desirable position, and (3) retaliating against her for pursuing a workers' compensation claim. On appeal, plaintiff argues that the District Court failed adequately to consider the evidence she presented in opposition to the defendant's motion for summary judgment. We assume the parties' familiarity with the remaining factual and procedural history of the case.

We agree with the analysis set forth in Judge Townes's thorough and careful Memorandum and Order entered September 24, 2008, and we affirm the judgment